# Law Offices of
# James F. Sullivan, P.C.

52 Duane Street, 7th Floor
New York, New York 10007
(212) 374-0009
Fax (212) 374-9931

February 18, 2020

**Via ECF**

Hon A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

> **Re:** **Carlos Amaya v. Ernesto Decena and Ernie's Auto Dealing Inc.**
> **Case No.: 2:19-cv-7194 (DRH)(AKT)**

Dear Judge Tomlinson:

I am counsel for the Plaintiff in the above-referenced matter, which is scheduled for an Initial Conference on February 19, 2020 at 1:30 p.m.  To date, Plaintiff's counsel has been unable to effectuate service over Defendants. In light of such, Plaintiff's counsel respectfully requests that the Initial Conference be adjourned for an additional 30 days, until March 18, 2020, for issue to be joined as to the Defendants.

Please feel free to call me if you have any questions.

Very truly yours,

James F. Sullivan