Client Ref.:

# AFFIDAVIT OF SERVICE

U.S. DISTRICT COURT OF THE STATE
STATE OF NEW YORK - EASTERN DISTRICT

---

Carlos Amaya

                                                         Plaintiff

vs

Ernesto Decena and Ernie's Auto Detailing, Inc.

                                                         Defendant

---

Civil Number: 2:19-cv-7194 (DRH) (AKT)

Filed On:

State of New Jersey:
**Bergen County** ss:

I James Reap, being duly sworn according to law upon my oath, depose and say: Deponent is not a party to this action, has no direct personal interest in this litigation, is over eighteen years of age and resides in the State of New Jersey.

That on **02/20/2020** at **10:12 AM.**, at **404 Clifton Avenue, Clifton, NJ 07011**
Deponent served the within **Summons in a Civil Action, Civil Cover Sheet and Complaint**

On **Ernesto Decena**

**PERSONAL/INDIVIDUAL**: By delivering thereat a true copy of each to **Ernesto Decena** personally, deponent knew said Individual so served to be the Individual described as **Ernesto Decena** therein.

**DESCRIPTION**: **Ernesto Decena** is described to the best of deponent's ability at the time and the circumstances of service as follows: Gender: **Male** Race/Skin: **Tan** Hair: **Black** Age: **50 - 59 Yrs.** Height: **5'8" - 5'11"** Weight: **150 -174 Lbs.** Glasses: **No** Other: **Facial Hair**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Subscribed and Sworn to before me on 02/20/2020



DONNA JEAN ARCIUOLO (2105512)
Notary Public of New Jersey
My Commission Expires November 30, 2022

X _____
**JAMES REAP, Process Server**
Job # 201468
James F. Sullivan, P.C.
52 Duane Street, 7th Floor New York, NY 10007
(212) 374-0009

*CALLAHAN LAWYERS SERVICE, 90 MAIN STREET, SUITE 204, HACKENSACK, NJ 07601*