# jackson lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI* | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (631) 247-4661
EMAIL ADDRESS: NOEL.TRIPP@JACKSONLEWIS.COM

March 10, 2020

**VIA ECF**

The Honorable Denis. R. Hurley
United States District Judge for the
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

                Re:    *Carlos Amaya v. Ernesto Decena, et al.*,
                        Docket No.: 19-cv-7194 (DRH) (AKT)

Dear Judge Hurley:

      We were recently retained to represent Ernie's Auto Detailing, Inc. and Ernesto Decena ("Defendants"), in the above-referenced matter. Pursuant to Rule 2(E) of Your Honor's Individual Rules of Practice, Defendants write to respectfully request until April 7, 2020 to answer, move, or otherwise respond to Plaintiff's Complaint. Defendants' answer is currently due on March 12, 2020. Defendants require additional time to investigate Plaintiff's claims and properly respond to the Complaint, or engage counsel in settlement discussions. This is Defendants' first request for an extension and it does not affect any other deadline, including the Initial Conference currently scheduled for April 8, 2020 at 10:30 a.m. Plaintiff's counsel consents to this request, as set forth in the enclosed Stipulation.

      We thank the Court for its time and consideration to this matter.

                                    Respectfully submitted,

                                    JACKSON LEWIS, P.C.

                                    */s/ Noel P. Tripp*
                                    Noel P. Tripp

NPT:dc

cc:    All Counsel of Record (*via* ECF)
4844-1662-4567, v. 1