UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 30 2020 ★

LONG ISLAND OFFICE

CARLOS AMAYA,

                      Plaintiff,

-against-

ERNESTO DECENA and ERNIE'S AUTO DETAILING, INC., et al.

                      Defendants.

Civ. No: 19-CV-7194 (DRH)(AKT)

## STIPULATION REGARDING COVERAGE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that during the time period that Plaintiff was employed by Defendant Ernie's Auto Detailing, Inc. ("Defendant"), Defendant was an "enterprise engaged in commerce or in the production of goods for commerce" within the meaning of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 203(s), and that its gross annual volume of sales made or business done was not less than $500,000.00 each year. For purposes of this Stipulation, facsimile or scanned and emailed signatures shall constitute originals.

LAW OFFICES OF JAMES F. SULLIVAN, P.C.
*ATTORNEYS FOR PLAINTIFF*
52 Duane Street, 7th Fl.
New York, New York 10007
Tel.: (212) 374-0009

By:   *s/ James F. Sullivan*
      JAMES F. SULLIVAN, ESQ.

Dated: April 29, 2020

4849-8390-0859, v. 1

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York 11747
Tel.: (631) 247-0404

By:   *s/ Noel P. Tripp*
      NOEL P. TRIPP, ESQ.
      JAIME SANCHEZ, ESQ.

Dated: April 29, 2020

SO ORDERED:

/s/ *AK Tomlinson*

April 30, 2020