# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

Email Address:  NOEL.TRIPP@JACKSONLEWIS.COM
Direct Dial:  (631) 247-4661

August 7, 2020

**VIA ECF**

Hon. Denis R. Hurley
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

> Re:   *Carlos Amaya v. Ernesto Decena, et al.*
>        Civil Case No.: 19-cv-07194 (DRH) (AKT)

Dear Judge Hurley:

Further to the parties' prior status update (Dkt. 28) and the Court's Orders, the parties write to report that they have reached agreement on the final form of settlement agreement and are in the process of obtaining signatures and finalizing the accompanying letter motion for approval of the settlement. The parties request an additional two weeks, until August 21, 2020, to submit that application.

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
cc:      All Counsel of Record, *via ECF*

4846-4267-7703, v. 1